IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUTHANN SMITH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JO ANNE B. BARNHART, | : | NO. 04-3294 |
| Commissioner of Social Security | : | |
| Administration | : | |

**O R D E R**

AND NOW, this 22nd day of June, 2005, upon consideration of

plaintiff's motion for summary judgment, and defendant's motion for summary judgment, and

after review of the Report and Recommendation of United States Magistrate Judge Thomas J.

Rueter and plaintiff's objections thereto and defendant's response, it is hereby

**ORDERED**

1.      The Report and Recommendation is APPROVED and ADOPTED;

2.      Plaintiff's motion for summary judgment is DENIED;

3.      Defendant's motion for summary judgment is GRANTED; and

4.      Judgment is entered in favor of defendant and against plaintiff.


BY THE COURT:


_s/Thomas N. O'Neill, Jr.___
THOMAS N. O'NEILL, JR.,        J.